UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

In re:

PORTER'S PENINSULA LOGGING LLC,

Debtor.
_____/

Chapter 11
Case No. 23-20563
Hon. Daniel S. Opperman

## MOTION TO EXTEND DEADLINE FOR FILING CHAPTER 11 PLAN

NOW COMES the Debtor, by and through its attorneys Warner Norcross & Judd LLP, and in this Motion to Extend Deadline for filing of Chapter 11 Plan, states as follows:

1. The Debtor filed for protection under Chapter 11 of the bankruptcy code on or about May 19, 2023.

2. The Debtor continues to operate a logging business and its sole income is derived from that business.

3. The Debtor filed a Motion to Establish Value of Komatsu Financial Limited Partnership's Collateral on July 27, 2023. On July 31, 2023, Komatsu Financial Limited Partnership filed an Objection to Debtor's Motion to Establish Value of their Collateral.

4. The Debtor is aware that in the Order Establishing Deadlines and Procedures, the deadline for filing a motion to extend the deadline for filing a plan was July 18, 2023, however, the Debtor only recently knew for certain that there was a valuation issue and Debtor's appraisal will not be complete until the end of next week.

5. The current deadline to file the Chapter 11 Plan is August 17, 2023. Additional time is needed to finalize the documentation necessary for this restructure. 11 U.S.C. § 1221 requires the filing of a plan within 90-days of the date of filing unless a need

for an extension is attributable to certain to circumstances for which the Debtor should not be justly held accountable.

6. The requirement of 11 U.S.C.§ 1221 is met in this matter, due to the fact that it is more accurate and as effective for the Debtor to file a plan which includes viable projections after the valuation of equipment so that projections are meaningful.

7. The requirement that a request for a short extension is attributable to circumstances for which the Debtor should not justly be held accountable is clearly met.

8. The Debtor requests until September 18, 2023 to file its Chapter 11 Plan.

WHEREFORE, the Debtor prays that this Honorable Court will enter its Order granting an extension to the Debtor until September 18, 2023 for the filing of the Chapter 11 Plan, which order shall be in the form attached hereto as Exhibit "1".

WARNER NORCROSS & JUDD LLP

Dated: August 1, 2023.   By:

/s/ Rozanne M. Giunta
ROZANNE M. GIUNTA (P29969)
Attorneys for Debtor
715 E. Main Street, Suite 110
Midland, Michigan 48640
(989) 698-3758
rgiunta@wnj.com

**Exhibit 1**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

In re:

PORTER'S PENINSULA LOGGING LLC,

        Debtor.
_____/

Chapter 11
Case No. 23-20563
Hon. Daniel S. Opperman

### ORDER APPROVING MOTION TO EXTEND TIME TO FILE CHAPTER 11 PLAN

The Debtor having filed a Motion to Extend the Time to File Chapter 11 Plan in this matter and the Debtor having stated good reason and justification for said extension;

IT IS HEREBY ORDERED that the deadline to file its Chapter 11 Plan is hereby extended until **Monday, September 18, 2023**.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

In re:

PORTER'S PENINSULA LOGGING LLC,

                Debtor.
_____/

Chapter 11
Case No. 23-20563
Hon. Daniel S. Opperman

## NOTICE OF MOTION TO EXTEND DEADLINE FOR FILING CHAPTER 11 PLAN

The Debtor has filed a Motion to Extend Deadline to File Chapter 11 Plan in the above matter.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant relief sought in the Motion, or if you want the Court to consider your views on the Motion, within **fourteen (14) days**, you or your attorney must:

1.      File with the Court a written response or an answer, explaining your position at[1]:

                            United States Bankruptcy Court
                            111 First Street
                            Bay City, Michigan 48708

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:        Rozanne M. Giunta
                                        Warner Norcross & Judd LLP
                                        Attorneys for Debtor
                                       715 E. Main Street, Suite 110
                                           Midland, MI 48640

2.      If a response or answer is timely filed and served, the Clerk will schedule a hearing on the Motion, and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

Dated: August 1, 2023.                    WARNER NORCROSS & JUDD LLP

                                              /s/ Rozanne M. Giunta
                                              ROZANNE M. GIUNTA (P29969)
                                              Attorneys for Debtor
                                              715 E. Main Street, Suite 110
                                              Midland, Michigan 48640
                                              (989) 698-3758
                                              rgiunta@wnj.com

---

[1]Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e).

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

In re:

PORTER'S PENINSULA LOGGING LLC,

Chapter 11
Case No. 23-20563
Hon. Daniel S. Opperman

Debtor.
_____/

## CERTIFICATE OF SERVICE

      I hereby certify that I am employed with the law offices of Warner Norcross & Judd LLP and that on August 1, 2023, I electronically filed the foregoing **NOTICE and MOTION TO EXTEND DEADLINE FOR FILING CHAPTER 11 PLAN** with the Clerk of the Court using the ECF system and I hereby certify that I have mailed by U.S. Postal Service the **NOTICE and MOTION TO EXTEND DEADLINE FOR FILING CHAPTER 11 PLAN** to the following non-ECF participants on August 1, 2023, to **ALL CREDITORS AND INTERESTED PARTIES** listed on the matrix on file attached hereto and on file with this Court.

WARNER NORCROSS & JUDD LLP

Dated: August 1, 2023.    By:

/s/ Sondra J. Cardinal
SONDRA J. CARDINAL
Legal Assistant to Rozanne M. Giunta
715 E. Main Street, Suite 110
Midland, Michigan 48640
(989) 698-3738
scardinal@wnj.com

```
Label Matrix for local noticing          Attorney General                         B2B Financing
0645-1                                   Law Building                             100 Quentin Roosevelt Blvd.
Case 23-20563-dob                        515 Ottawa                               Suite 204
Eastern District of Michigan             Lansing, MI 48913-0001                   Garden City, NY 11530-4843
Bay City
Tue Aug  1 15:01:01 EDT 2023

B2B Financing, LLC                       BW & US Tax Office                       Douglas C. Bernstein
100 Quentin Roosevelt Blvd.              3024 W. Grand Blvd., Ste. 11-500         38505 Woodward Avenue
Garden City, NY 11530-4874               Detroit, MI 48202-6024                   Suite 2000
                                                                                  Bloomfield Hills, MI 48304-5093


Blarney Castle Oil Co.                   Kimberly Ross Clayson                    Corrigan Oil Co.
P.O. Box 246                             Taft Stettinius & Hollister, LLP         775 N. Second
Bear Lake, MI 49614-0246                 27777 Franklin Rd. Suite 2500            Brighton, MI 48116-1262
                                         Southfield, MI 48034-8222


Corrigan Oil Co., No. II                 Rozanne M. Giunta                        Timothy Graves (UST)
Attn: Connie M. Pratt                    Warner Norcross & Judd LLP               211 W. Fort St.
775 N. Second St.                        715 E. Main Street                       Suite 700
Brighton, MI 48116-1262                  Suite 110                                Detroit, MI 48226-3263
                                         Midland, MI 48640-5488


Great Lakes Collection Agency            INTERNAL REVENUE SERVICE                 Internal Revenue Service
P.O. Box 638                             P O BOX 330300 STOP 15                   P.O. Box 7346
Manistee, MI 49660-0638                  DETROIT MI 48232                         Philadelphia, PA 19101-7346


Komatsu Financial                        (p)KOMATSU AMERICA CORP                  Komatsu Financial Limited Partnership
1701 West Golf Road                      ATTN BEA BARRY                           c/o Plunkett Cooney attn: Douglas C. Ber
Rolling Meadows, IL 60008-4227           8770 W BRYN MAWR AVENUE STE 100          38505 Woodward Avenue
                                         CHICAGO IL 60631-3782                    Bloomfield Hills, MI 48304-5093


Komatsu Financial Limited Partnership    Lutke Equipment LLC                      Michigan Department of Natural
c/o Plunkett Cooney/Doug Bernstein       606 RW Harris                            Resources
38505 Woodward Avenue, Suite 100         Manton, MI 49663-9775                    Attn: Jenny McGregor
Bloomfield Hills, MI 48304-5096                                                   2122 M 37 South
                                                                                  Traverse City, MI 49685-8061


Michigan Department of Treasury          (p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE  Karolina F. Perr
Bankruptcy Unit                          ATTN BANKRUPTCY UNIT                     Wood & Lamping, LLP
P.O. Box 30168                           3024 W GRAND BLVD                        600 Vine Street
Lansing, MI 48909-7668                   SUITE 12-100                             Suite 2500
                                         DETROIT MI 48202-6024                    Cincinnati, OH 45202-2491


Porter's Peninsula Logging LLC           (p)INTERNAL REVENUE SERVICE              U.S. Attorney
17985 Fourth Street                      CENTRALIZED INSOLVENCY OPERATIONS        Attn:  Civil Division
Atlanta, MI 49709-9514                   PO BOX 7346                              101 First Street, Suite 200
                                         PHILADELPHIA PA 19101-7346               Bay City, MI 48708-5747


Woodland Equipment Inc.
1581 W. Adams Street
P.O. Box 387
Iron River, MI 49935-0387
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Komatsu Financial Limited Partnership<br>8770 W. Bryn Mawr Ave., Suite 100<br>Chicago, IL 60637 | Michigan Unemployment Agency<br>P.O. Box 169<br>Grand Rapids, MI 49501 | SBSE/Insolvency Unit<br>Internal Revenue Service<br>Box 330500 - Stop 15<br>Detroit, MI 48232 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Komatsu Financial Limited Partnership | (u)Andrew R. Vara | End of Label Matrix<br>Mailable recipients 27<br>Bypassed recipients 2<br>Total 29 |