UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

    PORTER'S PENINSULA LOGGING LLC,
        Debtor.
_____/

Case No. 23-20563-dob
Chapter 11 Proceeding
Hon. Daniel S. Opperman

## ORDER AFFIRMING CERTAIN DEADLINES
## AND CONFIRMATION HEARING DATE OF DECEMBER 7, 2023

On October 27, 2023, the Debtor filed its Chapter 11 Plan and this Court entered an Order regarding the filing of that Chapter 11 Plan on October 31, 2023. After entry of the October 31, 2023 Order, the Debtor filed an Amended Chapter 11 Plan that corrected typographical errors but contained no substantive changes. To avoid confusion, the Court has concluded that the October 31, 2023 Order should be affirmed as the controlling Order in this proceeding.

NOW, THEREFORE, IT IS HEREBY ORDERED that the deadlines and the confirmation hearing of December 7, 2023 as set forth in the October 31, 2023 Order of this Court found at Docket No. 81 will govern and that the Debtor and parties in interest must comply with the deadlines set in the October 31, 2023 Order.

**Signed on November 2, 2023**



/s/ Daniel S. Opperman
_____
**Daniel S. Opperman**
**United States Bankruptcy Judge**