**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION**

In re:

PORTER'S PENINSULA LOGGING LLC,

Debtor.
_____________________________________/

Chapter 11
Case No. 23-20563
Hon. Daniel S. Opperman

## CONFIRMATION SUMMARY

NOW COMES the Debtor, by and through its attorneys, WARNER NORCROSS + JUDD LLP, and submits the following Confirmation Summary with regard to the Amended Subchapter V Chapter 11 Plan ("Plan") and states as follows:

### A. TABULATION OF VOTES – (BALLOTS ATTACHED AS EXHIBIT "1")

**CLASS 1 ADMINISTRATIVE CLAIMS**

No Creditor voting.

**CLASS 2 PROFESSIONAL FEES**

No Creditor voting.

**CLASS 3 SECURED CLAIM OF B2B FINANCING**

Accepted - $79,036.70*

* Subject to changes set out in the Order Confirming Plan

**CLASS 4 SECURED CLAIM OF KOMATSU FINANCIAL LIMITED PARTNERSHIP**

Accepted - $310,000.00

**CLASS 5 SECURED CLAIM OF LUTKE EQUIPMENT**

Accepted - $19,958.02

**CLASS 6 GENERAL UNSECURED CLAIMS**

| | | |
|---|---|---|
| Komatsu Financial Limited Partnership | Accepted | $106,239.40 |
| Corrigan Oil Co. | Accepted | $7,445.14 |

| Number of Votes | Dollar Value of Votes | |
|---|---|---|
| No. Voting: 2 | Amount Voting: | $113,684.54 |
| No. Accepting: 2 | Amount Accepting: | $113,684.54 |
| Percent Accepting: 100% | Percent Accepting: | 100% |
| Percent Rejecting: 0% | Percent Rejecting: | 0% |

**CLASS 7 MEMBERSHIP INTERESTS**

No Creditor voting.

## B. ASSETS OF THE DEBTOR AND LIQUIDATION ANALYSIS

Assets of the Debtor and Liquidation Analysis have been included in Debtor's Plan previously filed with the Court and is incorporated herein by reference in its entirety.

## C. STATEMENT REGARDING SOLICITATION

No solicitations or agreements have been made contrary to or inconsistent with the Plan or the Bankruptcy Code in this matter.

## D. EXECUTION AND IMPLEMENTATION OF PLAN

Execution and Implementation of Plan have been included on Debtor's Plan previously filed with the Court and is incorporated herein by reference in its entirety.

## E. CURRENT ESTIMATE OF ALL ACCRUED AND UNPAID PROFESSIONAL FEES

It is estimated that there are approximately $7,500.00 in accrued legal fees due and owing to the Subchapter V Trustee and approximately $60,000.00 in accrued legal fees due and owing to WARNER NORCROSS + JUDD LLP.

Dated: December 4, 2023. By:

WARNER NORCROSS & JUDD LLP

/s/ Rozanne M. Giunta

ROZANNE M. GIUNTA (P29969)
Attorneys for Debtor
715 E. Main Street, Suite 110
Midland, Michigan 48640
(989) 698-3758
rgiunta@wnj.com

Official Form 314 (02/20)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION**

In re:

PORTER'S PENINSULA LOGGING LLC,

Debtor.
______________________________________/

Chapter 11
Case No. 23-20563
Hon. Daniel S. Opperman

**CLASS [3] BALLOT FOR ACCEPTING OR REJECTING SUBCHAPTER V CHAPTER 11 PLAN**

Porter's Peninsula Logging LLC filed an Amended Subchapter V Chapter 11 Plan dated October 31, 2023 as the Debtor in this case. The Court has entered an Order Regarding Filing of Subchapter V Chapter 11 Plan, Setting Certain Deadlines, and Setting Confirmation Hearing for December 7, 2023 ("Plan"). The Plan provides information to assist you in deciding how to vote your ballot. If you do not have the Plan, you may obtain a copy from Rozanne M. Giunta, Warner Norcross + Judd LLP, 715 E. Main Street, Suite 110, Midland, MI 48640, Telephone: (989) 698-37589 or Email: rgiunta@wnj.com.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class [3] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Rozanne M. Giunta, attorney for the Debtor, on or before November 30, 2023 at 5:00 p.m. (prevailing Eastern Time), and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class [3] claim against the Debtor in the unpaid amount of Seventy-Nine thousand thirty-six dollars & 70/100 Dollars ($ 79,036.70 (claim #5 #6).

*Check one box only*

☒ Accepts the Plan of 10/31/2023 as modified by the Order of Confirmation

☐ Rejects the Plan of 10/31/2023

Dated: 11/27/2023

Print or type name or business name: B2B Financing, LLC

Signature: Kurt Berthiaume

Title: COO

Address: 100 Quentin Roosevelt Blvd
Garden City, NY 11530

Return this ballot to: Rozanne M. Giunta
Warner Norcross + Judd LLP
715 E. Main Street, Suite 110
Midland, Michigan 48640

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION**

In re:

PORTER'S PENINSULA LOGGING LLC,

Debtor.
______________________________________/

Chapter 11
Case No. 23-20563
Hon. Daniel S. Opperman

**CLASS [4] BALLOT FOR ACCEPTING OR REJECTING SUBCHAPTER V CHAPTER 11 PLAN**

Porter's Peninsula Logging LLC filed an Amended Subchapter V Chapter 11 Plan dated October 31, 2023 as the Debtor in this case. The Court has entered an Order Regarding Filing of Subchapter V Chapter 11 Plan, Setting Certain Deadlines, and Setting Confirmation Hearing for December 7, 2023 ("Plan"). The Plan provides information to assist you in deciding how to vote your ballot. If you do not have the Plan, you may obtain a copy from Rozanne M. Giunta, Warner Norcross + Judd LLP, 715 E. Main Street, Suite 110, Midland, MI 48640, Telephone: (989) 698-37589 or Email: rgiunta@wnj.com.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class [4] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Rozanne M. Giunta, attorney for the Debtor, on or before November 30, 2023 at 5:00 p.m. (prevailing Eastern Time), and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class [4] claim against the Debtor in the unpaid amount of Three Hundred Ten Thousand Dollars ($ 310,000.00 (claim # 4 ).

***Check one box only***

☒ Accepts the Plan of 10/31/2023

☐ Rejects the Plan of 10/31/2023

Dated: November 15, 2023

Print or type name or business name: Komatsu Financial Limited Partnership

Signature: [signature]

Title: Attorneys for Komatsu

Address: 1633 Broadway, Fl. 31
New York, NY 10019

Return this ballot to: Rozanne M. Giunta
Warner Norcross + Judd LLP
715 E. Main Street, Suite 110
Midland, Michigan 48640

Official Form 314 (02/20)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION**

In re:

PORTER'S PENINSULA LOGGING LLC,

Debtor.
_______________________________________/

Chapter 11
Case No. 23-20563
Hon. Daniel S. Opperman

**CLASS [5] BALLOT FOR ACCEPTING OR REJECTING SUBCHAPTER V CHAPTER 11 PLAN**

Porter's Peninsula Logging LLC filed an Amended Subchapter V Chapter 11 Plan dated October 31, 2023 as the Debtor in this case. The Court has entered an Order Regarding Filing of Subchapter V Chapter 11 Plan, Setting Certain Deadlines, and Setting Confirmation Hearing for December 7, 2023 ("Plan"). The Plan provides information to assist you in deciding how to vote your ballot. If you do not have the Plan, you may obtain a copy from Rozanne M. Giunta, Warner Norcross + Judd LLP, 715 E. Main Street, Suite 110, Midland, MI 48640, Telephone: (989) 698-37589 or Email: rgiunta@wnj.com.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class [5] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Rozanne M. Giunta, attorney for the Debtor, on or before November 30, 2023 at 5:00 p.m. (prevailing Eastern Time), and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class [5] claim against the Debtor in the unpaid amount of Nineteen thousand nine hundred fifty eight 02/100 Dollars ($ 19,958.02 (claim #____).

***Check one box only***

☒ Accepts the Plan of 10/31/2023

☐ Rejects the Plan of 10/31/2023

Dated: 11-21-23

Print or type name or business name: Jason Lutke - Lutke Equipment LLC

Signature: [signature]

Title: President - Owner - Member

Address: 606 RW Harris
Manton MI 49663

Return this ballot to: Rozanne M. Giunta
Warner Norcross + Judd LLP
715 E. Main Street, Suite 110
Midland, Michigan 48640

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION**

In re:

PORTER'S PENINSULA LOGGING LLC,

Debtor.
_______________________________________/

Chapter 11
Case No. 23-20563
Hon. Daniel S. Opperman

**CLASS [6] BALLOT FOR ACCEPTING OR REJECTING SUBCHAPTER V CHAPTER 11 PLAN**

Porter's Peninsula Logging LLC filed an Amended Subchapter V Chapter 11 Plan dated October 31, 2023 as the Debtor in this case. The Court has entered an Order Regarding Filing of Subchapter V Chapter 11 Plan, Setting Certain Deadlines, and Setting Confirmation Hearing for December 7, 2023 ("Plan"). The Plan provides information to assist you in deciding how to vote your ballot. If you do not have the Plan, you may obtain a copy from Rozanne M. Giunta, Warner Norcross + Judd LLP, 715 E. Main Street, Suite 110, Midland, MI 48640, Telephone: (989) 698-37589 or Email: rgiunta@wnj.com.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class [6] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Rozanne M. Giunta, attorney for the Debtor, on or before November 30, 2023 at 5:00 p.m. (prevailing Eastern Time), and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class [6] claim against the Debtor in the unpaid amount of

One Hundred Six Thousand Two Hundred Thirty Nine and Forty Cents Dollars ($ 106,239.40 (claim # 4 ).

***Check one box only***

☒ Accepts the Plan of 10/31/2023

☐ Rejects the Plan of 10/31/2023

Dated: November 15, 2023

Print or type name or business name: Komatsu Financial Limited Partnership

Signature: [signature]

Title: Attorneys for Komatsu

Address: 1633 Broadway, Fl. 31

New York, NY 10019

Return this ballot to: Rozanne M. Giunta
Warner Norcross + Judd LLP
715 E. Main Street, Suite 110
Midland, Michigan 48640

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class [6] claim against the Debtor in the unpaid amount of Seven thousand four hundred forty five and 14/100 Dollars ($ 7,445.14 (claim #____).

*Check one box only*

☒ Accepts the Plan of 10/31/2023

☐ Rejects the Plan of 10/31/2023

Dated: November 28, 2023

Print or type name or business name: Corrigan Oil Co., No. II

Signature: Timothy H. Corrigan

Title: Vice President

Address: 775 N. Second Street
Brighton, MI 48116

Return this ballot to: Rozanne M. Giunta
Warner Norcross + Judd LLP
715 E. Main Street, Suite 110
Midland, Michigan 48640